UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,

v.                  No. 17-cr-89

JAMES AUBREY KITCHEN,       HON. JANET T. NEFF
                   United States District Judge

 Defendant.
_____/

**ATTACHMENTS TO GOVERNMENT'S MOTION
TO ADMIT SUMMARY EXHIBITS**

| Date Sent | Name of Sender | Name of Recipient | Where Sent | Sent Amount | Company |
|---|---|---|---|---|---|
| 11/28/14 | Alfonzo Johnson | Dagoberto Noriega Trujillo | Sinaloa, MX | $ 975.00 | Western Union |
| 12/01/14 | Alfonzo Johnson | Diana Luizbeth Garcia Chavez | Elota Localidad De, Sinaloa, MX | $ 1,000.00 | Western Union |
| 12/05/14 | Alvin Rone | Maria Manuela Ayon Quintero | Elota, Sinaloa MX | $ 1,000.00 | Western Union |
| 12/7/2014 | Devanda Montgomery | Sandy Lucia Picos Retamoza | La Cruz, Nayarit MX | $ 2,000.00 | Western Union |
| 12/7/2014 | Devanda Montgomery | Jose Guillermo Lizarraga Miramontes | Elota, Sinaloa MX | $ 1,000.00 | Western Union |
| 12/19/2014 | Devanda Montgomery | Mariso Leyva Mendoza | Elota, Sinaloa MX | $ 2,000.00 | Western Union |
| 12/25/2014 | Devanda L Montgomery | Christian Lopez Retamoza | Elota, Sinaloa MX | $ 1,650.00 | Western Union |
| 12/26/2014 | Devonda Sones | Marisol Leyva Mendoza | Elota, Sinaloa MX | $ 2,000.00 | Western Union |
| 12/31/2014 | Devonda Sones | Cristobal Lopez Meza | Elota, Sinaloa MX | $ 2,200.00 | Western Union |
| 01/16/15 | Alvin Rone | Oscar Tapia Sanchez | Elota, Sinaloa MX | $ 3,000.00 | Western Union |
| 09/14/15 | James Kitchen | Jose Raul Guillen Marin | Puerto Penasco, Sonora MX | $ 950.00 | Western Union |
| 06/28/16 | Alfonzo Johnson | Leonardo Aranjo Hernandez | Hermolillo, Sonora, MX | $ 990.00 | Western Union |
| 8/2/2016 | Devanda Montgomery | Juan Valle Delcid | Nogales, Sonora MX | $ 980.00 | Western Union |
| 8/2/2016 | Devanda Montgomery | Leonardo Aranjo Hernandez | Hermosillo, Sonora MX | $ 980.00 | Western Union |
| 12/13/16 | Alfonzo Johnson | Jesus Marciala Lazcano Quintero | Sonoita, Sonora, MX | $ 500.00 | Moneygram |
| 01/04/17 | Devanda Montgomery | Juan Valle Delcid | Nogales, Sonora MX | $ 980.00 | Moneygram |
| 01/07/17 | James Kitchen | Jesus Marciala Lazcano Quintero | General Plutarco Elias Calles, Sonora MX | $ 980.00 | Moneygram |
| 01/17/17 | James Kitchen | Diana Laura Canedo Alvarez | General Plutarco Elias Calles, Sonora MX | $ 980.00 | Moneygram |
| 01/18/17 | James Kitchen | Brenda Cristal Lazcano | General Plutarco Elias Calles, Sonora MX | $ 980.00 | Moneygram |

Telephone Connections Between Telephone Numbers Associated with James KITCHEN and Alfonzo JOHNSON Between November 25, 2016, and March 23, 2017

KITCHEN, James
231-740-5162

**55**   **49**   **67**   **14**

JOHNSON, Alfonzo

256-537-0267
11/25/16 - 12/25/2016

501-297-3858
12/30/16 - 1/25/2017

336-529-5299
1/28/17 - 2/25/17

424-523-2342
2/26/17 - 3/3/2017